JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GEREMIA RODRIGUEZ VERA,<br><br>            Petitioner,<br><br>      v.<br><br>FERETI SEMAIA, et al.,<br><br>            Respondents. | Case No. 5:26-cv-01657-SK<br><br>**JUDGMENT** |

Pursuant to the Order Granting Unopposed Habeas Petition, **IT IS ADJUDGED** that the first amended petition under 28 U.S.C. § 2241 is granted.  Petitioner is to be released immediately from the custody of Immigration and Customs Enforcement on conditions no more restrictive than those in effect when he was most recently detained.

DATED: <u>May 5, 2026</u>

                    HON. STEVE KIM
                    United States Magistrate Judge